UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| BRENTWOOD INVESTMENTS, LLC, | ) ) ) | |
|---|---|---|
| PLAINTIFF | ) ) ) | |
| v. | ) ) | CIVIL NO. 2:14-CV-66-DBH |
| JAMES G. STANLEY, | ) ) ) | |
| DEFENDANT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 7, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Report of Hearing and Recommended Order Re: Termination of Case for Lack of Subject Matter Jurisdiction. The time within which to file objections expired on April 24, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. This action is **TERMINATED** for lack of subject matter jurisdiction.

SO ORDERED.

DATED THIS 29TH DAY OF APRIL, 2014

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE